IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALDRIC HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 3:07cv593-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

On June 22, 2007, petitioner Aldric Harris filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in which he challenges the sentence imposed upon him by this court in 2006 for being a felon in possession of a firearm.[1] Upon review of Harris's motion, the undersigned concludes that a limited response from the government is necessary to determine whether Harris is now time-barred from filing the instant action. Accordingly, the CLERK is hereby DIRECTED to serve a copy of Harris's § 2255 motion upon the United States Attorney for the Middle District of Alabama. The United States Attorney is

---

[1]Although the instant motion was date-stamped "received" in this court on June 27, 2007, it was signed by Harris on June 22, 2007. Under the "mailbox rule," a *pro se* inmate's motion is deemed filed the date it is delivered to prison officials for mailing, here, presumptively June 22, 2007, the date Harris signed it. *See Houston v. Lack,* 487 U.S. 266, 271-72 (1988); *Adams v. United States*, 173 F.3d 1339, 1340-41 (11th Cir. 1999); *Garvey v. Vaughn,* 993 F.2d 776, 780 (11th Cir. 1993).

ORDERED to file a response to Harris's motion within thirty (30) days from the date of this order focusing entirely on the applicability of the period of limitation in this case pursuant to the provisions contained in 28 U.S.C. § 2255.

The government is advised that its response should contain a detailed procedural history, all relevant records, and citations to applicable case law from which the court can determine the applicability of the limitation period contained in 28 U.S.C. § 2255. Should the government's response to the instant order indicate that this case must proceed on the merits, the government will be given an adequate opportunity to file a response addressing the claims presented in Harris's § 2255 motion.

Done this 2nd day of July, 2007.

      /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE