IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALDRIC HARRIS, | ) | |
| Plaintiff, | ) | |
| | ) | CV. NO. 3:07-cv-593-MEF |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐      This party is an individual, or

☒      This party is a governmental entity, or

☒      There are no entities to be reported, or

☐      The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____      _____

Dated this the 13th day of December, 2007.      /s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Counsel for the United States of America
Post Office Box 197
Montgomery, AL 36101-0197
334-223-7280
334-223-7138 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ALDRIC HARRIS,                      )
     Plaintiff,                    )
                            )      CV. NO. 3:07-cv-593-MEF
v.                                   )
                            )
UNITED STATES OF AMERICA,            )
     Defendant,                    )

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, and that I have served a copy of the foregoing on Aldric

Harris, AIS 162606, Fountain Correctional Facility, 3800 Fountain, Atmore, AL 36503-5001.

                                         LEURA G. CANARY
                                         UNITED STATES ATTORNEY

                                         /s/ Verne H. Speirs
                                         VERNE H. SPEIRS
                                         Assistant United States Attorney
                                         Post Office Box 197
                                         Montgomery, AL 36101-0197
                                         334.223.7280
                                         334.223.7138 fax
                                         verne.speirs@usdoj.gov